IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BOBBY WYNN,<br>    Plaintiff, | : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : | |
| UNNAMED,<br>    Defendant. | : | CIVIL ACTION NO.<br>1:14-CV-1998-TWT-LTW |

---

| | | |
|---|---|---|
| BOBBY WYNN,<br>    Plaintiff, | : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : | |
| UNNAMED,<br>    Defendant. | : | CIVIL ACTION NO.<br>1:14-CV-2000-TWT-LTW |

## FINAL REPORT AND RECOMMENDATION

Plaintiff is confined at the Fulton County Jail in Atlanta, Georgia. Plaintiff, pro se, sent the Court, in two mailings, copies of grievance forms he submitted to jail officials regarding his confinement. The Clerk docketed each submission as the complaint in each case listed above. (Doc. 1.) Plaintiff did not pay the filing fee for a civil action or submit an application to proceed *in forma pauperis* ("IFP").

On July 1, 2014, the Court ordered that if Plaintiff desired to initiate a civil action he had to submit his complaint on the form the Court provided him and that the

action would proceed in 1:14-cv-1998-TWT-LTW if he did so. (Doc. 2.) The Court also ordered Plaintiff to submit either the filing fee or an application to proceed IFP on the form the Court provided him. (*Id.*) The Court gave Plaintiff thirty days to comply and warned him that failure to comply may result in dismissal of this matter. (*Id.*)

Plaintiff has not submitted any of the items required by the Court's Order. Plaintiff instead objected to proceeding in one civil action rather than two. (Doc. 3.) The Court resolved that issue in its prior Order and directed Plaintiff to submit any complaint on the provided form with the filing fee or IFP application. (Doc. 2.) Plaintiff has not complied, and the time for doing so has expired.

Accordingly, the undersigned **RECOMMENDS** that these actions be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a lawful order of the court. *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa.

**SO ORDERED** this 25 day of August, 2014.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE